1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| KRISTINE ROSS GIBB and SCOTT GIBB, and their marital community thereto,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYS "R" US - Delaware, Inc., a Delaware Corporation doing business in Washington State as BABIES "R" US,<br><br>Defendant. | Case No. C04-5863RJB<br><br>STIPULATION AND ORDER OF DISMISSAL |

TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY STIPULATED by and between the plaintiffs and defendants, through their undersigned counsel of record that the above-entitled action has been settled and should be dismissed with prejudice and without costs to any party.

///

///

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206-622-1711

SEA/088483/140471/BWM/336268.1

1   DATED this 22nd day of June, 2005.

2

3
                                    By:_____
4                                   DAVID S. VOGEL, WSBA #13672
                                    Attorneys for Plaintiff
5                                   Law Offices of David S. Vogel, PLLC
                                    Exchange Building
6                                   821 Second Avenue, Suite 2200
                                    Seattle, WA 98104
7                                   Telephone:    206-622-2573
                                    Facsimile:    206-448-7950
8                                   E-Mail:       dvogel@davidvogel.com

9                                   SCHWABE, WILLIAMSON & WYATT, P.C.

10
                                    By:_____
11                                  BERT W. MARKOVICH, WSBA #13580
                                    Attorneys for Defendants
12                                  Schwabe, Williamson & Wyatt, P.C.
                                    U.S. Bank Centre, Suite 3010
13                                  1420 Fifth Avenue
                                    Seattle, WA  98101
14                                  Telephone:    206-622-1711
                                    Facsimile:    206-292-0460
15                                  E-Mail:       bmarkovich@schwabe.com

16

17

18

19

20

21

22

23

24

25

26

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206-622-1711

SEA/088483/140471/BWM/336268.1

1  ORDER

2  Based upon the foregoing stipulation,

3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled

4  action be and the same is hereby dismissed with prejudice and without costs to any party.

5  DATED this 28th day of June, 2005.

6

7

8  _____
ROBERT J. BRYAN
United States District Judge

9

10

11  Presented By:

12  SCHWABE, WILLIAMSON & WYATT, P.C.

13  _____

14  BERT W. MARKOVICH
Attorneys for Defendants

15

16  APPROVED AS TO FORM, COPY RECEIVED
AND NOTICE OF PRESENTATION WAIVED:

17  LAW OFFICES OF DAVID S. VOGEL, PLLC

18

19  _____
DAVID S. VOGEL, WSBA #13672
Attorneys for Plaintiff

20

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

SEA/088483/140471/BWM/336268.1